UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVONTA MCKINNON,

Plaintiff,

-against-

THE PLAZA REHAB AND NURSING CENTER,

Defendant.

26-cv-2623 (ER)

MEDIATION REFERRAL ORDER FOR PRO SE EMPLOYMENT DISCRIMINATION CASES

EDGARDO RAMOS, United States District Judge:

IT IS ORDERED that this pro se case is referred for mediation to the Court's Mediation Program. Local Rule 83.9 and the Mediation Program Procedures shall govern the mediation. Unless otherwise ordered, the mediation will have no effect upon any scheduling order issued by this Court, and all parties are obligated to continue to litigate the case.

IT IS FURTHER ORDERED that the Clerk of Court shall locate pro bono counsel to represent the plaintiff at the mediation. The time to assign a mediator under Local Rule 83.9 and the Court's Mediation Program Procedures will be deferred until pro bono counsel has filed a Notice of Limited Appearance of Pro Bono Counsel. Pro bono counsel will represent the plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.

IT IS FURTHER ORDERED that any objection by the plaintiff to either the mediation or to the appointment of pro bono counsel to represent the plaintiff in the mediation must be filed within 14 days of this order.

Dated: April 28, 2026
New York, New York

EDGARDO RAMOS
United States District Judge