JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Direct
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4603
MY EMAIL ADDRESS IS: MARC.SITTENREICH@JACKSONLEWIS.COM

**MEMO ENDORSED**

August 14, 2026

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

Re: *McKinnon v. The Plaza Rehab and Nursing Center*
Case No. 26 Civ. 2623

Dear Judge Ramos:

We represent Defendant in the referenced action. On August 12, 2026, Defendant submitted a request for a pre-motion conference regarding its anticipated motion to enforce the joint settlement of this action and another matter brought by Plaintiff against a different entity. *See* ECF No. 20. On August 13, 2026, the Court scheduled the conference for September 17, 2026. Defendant notes that, in its August 12 letter, it had identified September 17 as a date on which counsel would be unavailable. *See id.*

Defendant respectfully requests that the Court reschedule the conference to another date convenient for the Court. Defendant notes that counsel is unavailable August 17-25, September 3, September 17, and October 7 due to previously scheduled travel and commitments in other litigations.

Defendant appreciates the Court's consideration of this request and thanks the Court for its continued attention to this matter.

The conference set for 9/17/2026 at 11:30 AM is adjourned. A Pre-motion Conference is set for 9/18/2026 at 11:00 AM in Courtroom 619, 40 Centre Street, New York, NY 10007.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 14, 2026
New York, New York

Respectfully submitted,
JACKSON LEWIS P.C.

*s/ Marc A. Sittenreich*

Marc A. Sittenreich