UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Devonta M Mckinnon

Write the full name of each plaintiff or petitioner.

Case No. 26 CV 2623

-against-

The Plaza Health/Rehab and Nursing Center)

Write the full name of each defendant or respondent.

# NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff (plaintiff or defendant) Devonta M Mckinnon (name of party who is making the motion) requests that the Court:

Demand For Jury Trial (Summary Judgement)

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

- ☑ a memorandum of law
- ☐ my own declaration, affirmation, or affidavit
- ☐ the following additional documents:

10/22/2026 — Dated

[signature] — Signature

Name

Prison Identification # (if incarcerated)

675 Morris Avenue — Address | Bronx — City | NY — State | 10451 — Zip Code

(678)612-0076 or 678)749-1548 — Telephone Number (if available)

DivaLOREALLE.707@yahoo.com — E-mail Address (if available)