JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Direct
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4603
MY EMAIL ADDRESS IS: MARC.SITTENREICH@JACKSONLEWIS.COM

November 10, 2026

**VIA ECF**

**MEMO ENDORSED**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

Re: *McKinnon v. The Plaza Rehab and Nursing Center*
Case No. 26 Civ. 2623

Dear Judge Ramos:

We represent Defendant in the referenced action. By letter dated October 20, 2026, Defendant asked the Court to so-order a subpoena to Jimmy Taylor, Esq., Plaintiff's former pro bono counsel, seeking testimony and documents regarding his authority to negotiate and accept a settlement on Plaintiff's behalf. *See* ECF Doc. No. 34. Defendant also requested that all deadlines in this action be stayed pending Mr. Taylor's compliance with the proposed subpoena and the resolution of Defendant's anticipated motion to enforce the settlement reached through Mr. Taylor.

On October 22, 2026, the Court sent a So-Ordered Subpoena to the parties by email. Subsequently, the Court granted Mr. Taylor an extension until November 4, 2026 (*see* ECF No. 39) to produce documents in compliance with the Subpoena.

Because there was no formal order issued on Defendant's application, the Court did not specifically address Defendant's request for a stay of proceedings pending Mr. Taylor's compliance with the subpoena and the resolution of the anticipated motion to enforce the settlement. Accordingly, Defendant respectfully renews its request that all deadlines in this matter be stayed until the Court rules on Defendant's anticipated motion.

We thank the Court for its time and attention to this matter.

Respectfully submitted,
JACKSON LEWIS P.C.

s/ Marc A. Sittenreich

Marc A. Sittenreich
Libbi L. Vilher

Defendant's request is granted. All deadlines in this action will be stayed pending Mr. Taylor's compliance with the subpoena and the resolution of Defendant's anticipated motion to enforce the settlement.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 11/12/26
New York, New York